10989.  McDuffie v. The State.

Luke, J.  Where section 5751 of the Civil Code of 1910, as to the relative weight of positive and negative testimony, is applicable, it is error for the court to give that section in charge to the jury without further instructing them, in the same connection, that in weighing such testimony they should take into consideration the credibility of the witnesses.  See Georgia Ry. & Power. Co. v. Pounds, 20 Ga. App. 201 (92 S. E. 1026), and cases cited.  Under this ruling and the facts of the case, a new trial is required.

Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.
DECIDED JANUARY 6, 1920.

Accusation of possession of intoxicating liquor; from city court of McRae—Judge W. B. Smith.  September 22, 1919.

W. S. Mann, for plaintiff in error.